[No. 15995-0-I. Division One. *August 18, 1986.]*

THE STATE OF WASHINGTON, *Respondent,* v. PAUL OLBERG, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 84-1-00111-8, Harry A. Follman, J., entered

1050

December 31, 1984. *Remanded* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.